United States Court of Appeals
Fifth Circuit

**F I L E D**

November 19, 2004

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**

**FIFTH CIRCUIT**

No. 04-10491
(Summary Calendar)

BRIDGET PARSON,

Plaintiff-Appellant,

v.

WILMER HUTCHINS INDEPENDENT SCHOOL DISTRICT

Defendants-Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:03-CV-492-K

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Bridget Parson appeals the district court's order setting aside default judgment against Wilmer

Hutchins Independent School District. A motion to set aside a default judgment is interlocutory and

nonappealable. *Parks v. Collins*, 761 F.2d 1101, 1104 (5th Cir. 1985) ("When an order. . .'merely

vacates the judgment and leaves the case pending for further determination, the order is akin to an

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

order granting, a new trial and is interlocutory and nonappealable") (quoting 7 J. Moore, MOORE'S FEDERAL PRACTICE ¶ 60.30[3] (2d ed. 1983)). Moreover, the district court has not certified this case for interlocutory appeal. See 28 U.S.C. § 1292(b). Accordingly, we DISMISS Parson's appeal. All outstanding motions are DENIED AS MOOT.